1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    JOSHUA FORDYCE,                           Case No.  24-cv-07968-SVK

8                    Plaintiff,

9            v.                                **ORDER OF TRANSFER**

10   HEATHER SHIRLEY, et al.,

11                   Defendants.

12          Plaintiff is a California prisoner at Pelican Bay State Prison who filed this pro se civil

13   rights complaint under 42 U.S.C. § 1983.  The complaint concerns events that took place at Wasco

14   State Prison, where all of the Defendants are located.

15          Venue may be raised by a federal court sua sponte where, as here, a defendant has not yet

16   filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks*, 790 F.2d

17   1486, 1488 (9th Cir. 1986).  Venue generally is proper in a judicial district in which: (1) any

18   defendant resides, if all defendants are residents of the state in which the district is located; (2) a

19   substantial part of the events or omissions giving rise to the claim occurred, or a substantial part of

20   property that is the subject of the action is situated; or (3) any defendant is subject to the court's

21   personal jurisdiction, if there is no district in which the action may otherwise be brought.

22   28 U.S.C. § 1391(b).

23          This judicial district is not the proper venue for this case because none of the Defendants

24   are located in this district, and the events giving rise to Plaintiff's claims did not occur here.

25   Wasco State Prison is in Kern County, which lies within the venue of the Eastern District of

26   California.  28 U.S.C. § 84(b).  Where a case is filed in the wrong venue, the district court has the

27   discretion either to dismiss the case or transfer it to the proper federal court "in the interest of

28   justice." 28 U.S.C. § 1406(a).  The proper venue for this case is the United States Court for the

United States District Court
Northern District of California

1  Eastern District of California because that is where Defendants are located and the events giving

2  rise to Plaintiff's claims took place.  *See* 28 U.S.C. § 1391(b)(2).  In the interests of justice, this

3  case is TRANSFERRED to the United States District Court for the Eastern District of California

4  pursuant to 28 U.S.C. § 1406(a).

5      The Clerk shall transfer this matter forthwith.

6      **SO ORDERED.**

7  Dated: January 23, 2025

8

9

10      Susan van Keulen
        United States Magistrate Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California