UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORDYCE, A.K.A., BRITTANY FORDYCE,<br><br>Plaintiff,<br><br>v.<br><br>HEATHER SHIRLEY, et al.,<br><br>Defendants. | No. 1:25-cv-00106 GSA (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR THE APPOINTMENT OF COUNSEL<br><br>(ECF No. 16) |

    Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    Plaintiff has filed a request for the appointment of counsel. ECF No. 16. This is Plaintiff's third request in less than two weeks. A comparison of this request with Plaintiff's previously filed one indicates that they provide the same reasons in support of the instant request, i.e., that Plaintiff's personal property has been lost and that Plaintiff is experiencing emotional distress as a result. Compare ECF No. 14 (Plaintiff's second appointment of counsel request), with ECF No. 16 (instant appointment of counsel request).

    Given that the two requests for the appointment of counsel are essentially duplicates and were filed so close to each other, Plaintiff's current request will be denied as duplicative. In so

doing, **Plaintiff is informed that unless circumstances change significantly, similar appointment of counsel requests will be summarily denied.**

    Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for the appointment of counsel (ECF No. 16) is DENIED as DUPLICATIVE.

IT IS SO ORDERED.

Dated: __**February 10, 2025**__             __/s/ Gary S. Austin__
                                                      UNITED STATES MAGISTRATE JUDGE