1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA FORDYCE, aka BRITTANY FORDYCE,<br><br>                Plaintiff,<br><br>        v.<br><br>HEATHER SHIRLEY, *et al.*,<br><br>                Defendants. | Case No. 1:25-cv-00106 JLT GSA (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THIS CASE<br><br>(Doc. 24) |

Plaintiff is a state prisoner and seeks to hold the defendants liable for violations of her civil rights while in custody at Wasco State Prison. (*See generally* Doc. 1.) The magistrate judge screened Plaintiff's amended complaint pursuant to 28 U.S.C. § 1915A(a). (Doc. 10.) The magistrate judge found Plaintiff failed to state a cognizable claim and granted leave to cure the deficiencies identified by the Court. (*Id.* at 3-6.)

After Plaintiff failed to file an amended complaint, the magistrate judge found Plaintiff failed to comply with the Court's order and failed to prosecute the action. (Doc. 24 at 2-3.) The magistrate judge considered the factors identified by the Ninth Circuit in *Malone v. United States Postal Serv.*, 833 F.2d 128, 130 (9th Cir. 1987), and found terminating sanctions are appropriate for Plaintiff's inaction. (*Id.* at 3-4.) Therefore, the magistrate judge recommended the Court dismiss the action "without prejudice for failure to prosecute and for failure to obey a court order." (*Id.* at 5.)

1   The Court served the Findings and Recommendations on Plaintiff and notified her that any objections were due within 14 days.  (Doc. 24 at 5.)  The Court advised Plaintiff that the "failure to file objections within the specified time may result in the waiver of certain rights on appeal."  (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).)  Plaintiff did not file objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on April 29, 2025 (Doc. 24) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice for Plaintiff's failure to obey a court order and failure to prosecute.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 28, 2025**

UNITED STATES DISTRICT JUDGE

2